```
                                                        FILED
                                                        APR 0 7 2006

                                                        RICHARD W. WIEKING
1  BARRY J. PORTMAN                                   CLERK, U.S. DISTRICT COURT
   Federal Public Defender                         NORTHERN DISTRICT OF CALIFORNIA
                                                              OAKLAND
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4
   Counsel for Defendant FREDIANI
5
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 06-00201 DLJ |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [~~PROPOSED~~] |
| v. | ) | ORDER FOR CONTINUANCE OF |
| | ) | COURT DATE AND EXCLUSION |
| | ) | OF TIME UNDER THE SPEEDY |
| CHERIE FREDIANI, | ) | TRIAL ACT, 18 U.S.C. § 3161 ET |
| | ) | SEQ. |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the court date in this case, currently scheduled for Friday, April 7, 2006, at 9:00 a.m., before Honorable Judge D. Lowell Jensen, may be continued two weeks to Friday, April 21, 2006, at 9:00 a.m., for status or change of plea. This is the first appearance before the district court. Defense counsel is continuing to obtain relevant documents and conduct investigation in preparation for the next court date. A continuance to April 21, 2006, will enable defense counsel to continue with its investigation. The parties therefore stipulate that the time from March 27, 2006, to April 21, 2006, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§

STIP. CONTINUING
COURT DATE                            - 1 -

3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel in order to allow defense counsel to obtain additional documents and continue with its investigation.

DATED: April 6, 2006

/S/
_____
JOYCE LEAVITT
Assistant Federal Public Defender

DATED: April 6, 2006

/S/
_____
GEORGE BEVAN, JR.
Assistant United States Attorney

## SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature ("/S/") within this efiled document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the court date, currently scheduled for Friday, April 7, 2006, at 9:00 a.m., before Honorable Judge D. Lowell Jensen, is continued two weeks to Friday, April 21, 2006, at 9:00 a.m., for status or change of plea.

IT IS FURTHER ORDERED that the time from March 27, 2006, to April 21, 2006, is excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel in order to allow defense counsel to obtain additional documents and continue with its investigation.

SO ORDERED.

DATED: 4-7-06

_____
HONORABLE D. LOWELL JENSEN
UNITED STATES DISTRICT JUDGE

STIP. CONTINUING
COURT DATE                                          - 2 -