~~PROPOSED~~ ORDER/COVER SHEET

**TO:** Honorable Wayne D. Brazil
U.S. Magistrate Judge

**RE:** CHERIE FREDIANI

**FROM:** Claudette M. Silvera, Chief
U.S. Pretrial Services Officer

**DOCKET NO.:** 06-cr-00201-DLJ-1

**DATE:** May 3, 2006

FILED
MAY 9 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Victoria Gibson                                510-637-3752
U.S. PRETRIAL SERVICES OFFICER                 TELEPHONE NUMBER

**RE:** MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)

A.

B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

[ ] Other Instructions:

_____
_____

JUDICIAL OFFICER (signed Wayne D. Brazil)     DATE 5-9-06

Cover Sheet (12/03/02)

*cc: WDB's Stats, Copy of face sheet only (without PT memo) to parties via ECF, Frances*