```
                                                         FILED
                                                        AUG 0 2 2006
 1  BARRY J. PORTMAN
    Federal Public Defender                          RICHARD W. WIEKING
 2  JOYCE LEAVITT                                 CLERK, U.S. DISTRICT COURT
    Assistant Federal Public Defender            NORTHERN DISTRICT OF CALIFORNIA
                                                            OAKLAND
 3  555 12th Street, Suite 650
    Oakland, CA 94607-3627
 4
    Counsel for Defendant FREDIANI
 5
 6
 7
 8                   IN THE UNITED STATES DISTRICT COURT
 9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,         )
                                      )   No. CR 06-00201 DLJ
12                 Plaintiff,         )
                                      )   STIPULATION AND [PROPOSED]
13        v.                          )   ORDER FOR CONTINUANCE OF
                                      )   SENTENCING DATE
14                                    )
                                      )
15  CHERIE FREDIANI,                  )
                                      )
16                 Defendant.         )
17
```

IT IS HEREBY STIPULATED, by and between the parties to this action, that the court date in this case, currently scheduled for Friday, August 4, 2006, at 10:00 a.m., for sentencing, may be continued to Friday, August 18, 2006, at 9:00 a.m., before Honorable Judge D. Lowell Jensen for status. Ms. Frediani has already pled guilty in this case and the case is currently set for sentencing on August 4, 2006. However, there have been delays due to defense counsel's schedule and Ms. Frediani has not yet been interviewed in preparation for the 35 day draft pre-sentence report. In addition, defense counsel is unavailable from July 27, 2006, through August 11, 2006. The parties would like to continue the case to August 18, 2006, at 9:00 a.m. for status.

STIP. CONTINUING
COURT DATE                              - 1 -

The additional time will allow Ms. Frediani to be interviewed and the draft report to be issued. It will also allow Ms. Frediani to continue with her residential drug treatment program. At the next court date, the parties should be able to inform the Court as to when the case may be set sentencing.

DATED:   July 26, 2006

JOYCE LEAVITT  /S/
Assistant Federal Public Defender

DATED:   July 27, 2006

GEORGE BEVAN, JR.  /S/
Assistant United States Attorney

DATED:   Aug. 1, 2006

CHARLIE MABIE  /S/
United States Probation Officer

<u>SIGNATURE ATTESTATION</u>

I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature ("/S/") within this efiled document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing date, currently scheduled for Friday, August 4, 2006, at 10:00 a.m., before Honorable Judge D. Lowell Jensen, shall be continued to Friday, August 18, 2006, at 9:00 a.m., for status.

SO ORDERED.

DATED:   8-2-06

HONORABLE D. LOWELL JENSEN
United States District Judge

STIP. CONTINUING
COURT DATE                                              - 2 -