FILED

DEC 22 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHERIE FREDIANI,<br><br>Defendant. | Case Nos. CR-06-00201-DLJ<br>CR-06-00450-DLJ<br><br>ORDER EXTENDING TIME TO SUBMIT INFORMATION REGARDING VICTIM LOSS AND RESTITUTION |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MELLISSA WOODS,<br><br>Defendant. | |

Good cause appearing, upon the application of the United States for an extension of one week to make its submission to the Court regarding victim loss and restitution in the above-entitled cases, the government's request is hereby GRANTED. The government's submission is to be filed on or before **Wednesday, December 27, 2006**.

Dated: 12-22-06

D. LOWELL JENSEN
United States District Judge