FILED
JAN 2 3 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHERIE FREDIANI,<br><br>　　　　Defendant.<br>_____<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MELLISSA WOODS,<br><br>　　　　Defendant.<br>_____ | Case Nos. CR-06-00201-DLJ<br>　　　　　　 CR-06-00450-DLJ<br><br><br><br><br><br><br>ORDER OF RESTITUTION |

　　　　These cases came before the Court on January 22, 2007, for hearing on the issue of restitution arising from the defendants' convictions for theft of U.S. mail. Assistant Federal Public Defender Joyce Leavitt appeared for defendant Frediani. Ismail Ramsey appeared for defendant Woods. Assistant United States Attorney George L. Bevan Jr. appeared for the United States.

　　　　Upon the record before the Court, and after considering the government's submission of victim loss and the arguments of the parties, IT IS HEREBY ORDERED that:

　　　　1. Defendant Cherie Frediani, pursuant to her plea agreement with the government, is to pay restitution in the amount of $100 in full satisfaction of her use of stolen credit card convenience checks, which she used to purchase merchandise at several grocery stores.

2. Defendants Cherie Frediani and Mellissa Woods, jointly and severally pursuant to the provisions of 18 U.S.C. § 3663A and Section 5E1.1 of the Sentencing Guidelines, are ordered to pay restitution in the total amount of $149.00, allocated by victim as follows:

$14 for Sandi Lutsko

$35 for Sum Woo

$100 for Irma Angel

These amounts of restitution are to made payable to the United States of America, in care of the United States Attorney's Office, who is responsible for disbursing these funds to the victims named herein.

IT IS SO ORDERED.

Dated: Jan 23, 2007

D. LOWELL JENSEN
United States District Judge

Approved:

GEORGE L. BEVAN JR.  1/23/07
Assistant United States Attorney
Attorney for the United States

JOYCE LEAVITT  1/23/07
Assistant Federal Public Defender
Attorney for Defendant Frediani

ISMAIL RAMSEY, Esq.  1/23/07
Attorney for Defendant Woods

2